```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 06764
    ALBERTO V FLORES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9524

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/14/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
BEAL BANK                 NOTICE ONLY   NOT FILED              .00          .00
BANK OF NEW YORK          CURRENT MORTG       .00              .00          .00
BANK OF NEW YORK          MORTGAGE ARRE  17729.34              .00          .00
HSBC MORTGAGE CORP        CURRENT MORTG       .00              .00          .00
HSBC MORTGAGE CORP        MORTGAGE ARRE   4166.84              .00          .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   7585.12            76.44       628.96
ROUNDUP FUNDING LLC       UNSECURED        224.58              .00          .00
GE MONEY BANK             UNSECURED        183.71              .00          .00
ECAST SETTLEMENT CORP     UNSECURED       9527.38              .00          .00
DENNIS G KNIPP            DEBTOR ATTY    2,500.00                         71.28
TOM VAUGHN                TRUSTEE                                         53.32
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                830.00

PRIORITY                                          .00
SECURED                                        628.96
    INTEREST                                    76.44
UNSECURED                                         .00
ADMINISTRATIVE                                  71.28
TRUSTEE COMPENSATION                            53.32
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS                  830.00                 830.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06764 ALBERTO V FLORES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```